Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State of South Carolina,       
Respondent,
 
 
 

v.

 
 
 
Jermaine Moore,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-450
Submitted April 18, 2003  Filed July 
 1, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender
Wanda H. Haile, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  On April 23, 1999, appellant 
 Jermaine Moore pled guilty to conspiracy to distribute cocaine and was sentenced 
 to five years, suspended with two years probation.  Following a probation revocation 
 hearing on April 9, 2002, the court revoked his probation and imposed a four-and-a-half 
 year sentence.  We dismiss pursuant to Anders v. California, 386 U.S. 
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991). 
  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 CURETON, ANDERSON, and HUFF, JJ., concur.